Form Number LR 3015-1 A (07/10)

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
## Southern Division
## Chapter 13 Plan

Case No.: 14-41802

Debtor(s): Joshua Aaron Gallant  SS#: 0821  Net Monthly Earnings: $3,974.84
Eryne Leigh Gallant  SS#: 5501  Number of Dependents: 1

I. Plan Payments:

(☒) Debtor(s) proposes to pay a periodic payment of $962.00 ☐ weekly ☐ biweekly ☐ semi-monthly ☒ monthly into the plan; or
(☐) Payroll deduction order: To _____ for $_____ ☐ weekly ☐ biweekly ☐ semi-monthly ☐ monthly.
Length of plan is approximately 50 months, and the total debt to be paid through the plan is approximately $48,100.00.

II. From the payments received, the trustee shall make disbursements pursuant to the Bankruptcy Code including:

A. PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT) [See § 1322(a)(2)]

The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise:

| CREDITOR | TYPE OF PRIORITY | SCHEDULED AMOUNT | MONTHLY PAYMENT |
|---|---|---|---|
| | | | |

B. Total Attorney Fee: $3,250.00; $1,000.00 paid pre-petition; $2,000.00 to be paid at confirmation and $100.00 per month.

C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred cash payments as follows:

1. Long Term Debts:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment to be Paid (check box) | Regular Payments to Begin: Month/Year | Arrears to be Paid by Trustee | Months Included in Arrearage Amount | Proposed Interest Rate on Arrearage | Proposed Fixed Payment on Arrearage |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

2. Secured Debts (not long term debts) to be paid through Trustee:

| Name of Creditor | Adequate Protection Payments | Total Amount of Debt | Debtor's Value | Unsecured Portion | Description of Collateral | Proposed Interest Rate | Proposed Fixed Payment | Fixed Payment to Begin: (Month/Year) |
|---|---|---|---|---|---|---|---|---|
| First Investors | $70.00 | $15,786.00 | $7,000.00 | $5,786.00 | 2012 Ford Focus- motor is blown in automobile | 5.25% | $145.00 | April, 2015 |
| Nicholas Financial | $126.00 | $12,641.81 | $12,641.81 | $0.00 | 2010 Dodge Journey | 21.15% | $364.83 | April, 2015 |
| Alabama Power Company | $26.00 | $2,596.00 | $2,596.00 | $0.00 | TV and Laptop | 5.25% | $54.08 | April, 2015 |

III. Other debts (not shown in 1 or 2 above) which Debtor(s) proposes to pay direct:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment | Description of Collateral | Reason for Direct Payment |
|---|---|---|---|---|
| | | | | |

IV. Special Provisions (check all applicable boxes):

☒ This is an original plan.

☐ This is an amended plan replacing plan dated _____.

☒ This plan proposes to pay unsecured creditors 100%.

☒ Other provisions: Debtors do not currently pay utilities but Debtors may move from joint debtors mother's house in July when their second child is born and the plan may have to be amended. Debtor to pay 5.25% to unsecured creditors.

Name/Address/Telephone/Attorney for Debtor(s):
Oscar W. Adams, III  /s/ Oscar W. Adams, III
413 16th St.N.
Birmingham, Alabama 35203

Telephone #: (205) 458-1540

Dated: December 1, 2014

s/Joshua Aaron Gallant
Signature of Debtor

s/Eryne Leigh Gallant
Signature of Joint Debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA, EASTERN DIVISION

IN RE: :
:
Joshua Aaron Gallant :
Eryne Leigh Gallant, : Case No.: 14-41802
:
        Debtors. : Chapter 13

## CERTIFICATE OF SERVICE

I certify that I have served this *Amended Chapter 13 Plan* upon the Debtor, all the Creditors shown on the Official Mailing Matrix in this cause attached hereto and the Hon. Linda B. Gore, Chapter 13 Trustee, P. O. Box 1338, Gadsden, Alabama 35902, by first class mail, postage prepaid, this 1st day of December, 2014.

                                          /s/ *Oscar W. Adams, III*
                                          Oscar W. Adams, III
                                          ATTORNEY FOR DEBTOR

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1126-1<br>Case 14-41802-JJR13<br>NORTHERN DISTRICT OF ALABAMA<br>Anniston<br>Mon Dec  1 18:07:33 CST 2014 | Recovery Management Systems Corporation<br>Synchrony Bank<br>Attn: Ramesh Singh<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | U. S. Bankruptcy Court<br>1129 Noble Street, Room 117<br>Anniston, AL 36201-4674 |
| Alabama Power Company<br>9820 Parkway East<br>Birmingham, AL 35215-7302 | Alliance Collection<br>600 N Main Street<br>Tupelo, MS 38804 | CMRE Financial SVCS<br>3075 E. Imperial hwy #200<br>Brea, CA 92821-6753 |
| Capital One<br>P.O. Box 60599<br>City of Industry, California 91716-0599 | First Investors<br>380 Interstate N. Pkwy<br>3rd Floor<br>Atlanta, GA 30339-2222 | First Investors Servicing Corporation<br>380 Interstate  North Parkway Suite#<br>Atlanta, GA 30339-2222 |
| First Premier Bank (P. O. Box 5519, Siou<br>P. O. Box 5529<br>Sioux Falls, South Dakota 57117-5529 | GE Capital (Syncrony Bank)<br>P. O Box 960061<br>Orlando, FL 32896-0061 | Holt & Cooper Attorneys<br>Frank Nelson Bldg<br>205 20th St. N. Suite 227<br>Birmingham, Alabama 35203-4706 |
| IC Systems<br>P. O. Box 64378, St. Paul, MN 55164 | LVNV Funding<br>200 Meeting Street<br>Suidte #206<br>Charleston, SC 29401-3156 | Metcalf Realty<br>2710 20th Streeet South<br>Birmingham, AL 35209-1981 |
| Nicholas Financial<br>3305 Lorna Road<br>Suite 3<br>Hoover, AL 35216-5457 | Pinnacle Credit Service<br>7900 Minnesota 7<br>Minnieapolis, MN 55426 | Portfolio Recovery<br>130 Corp. Blvd.<br>Norfolk, VA 23502 |
| REGIONAL MANAGEMENT CORPORATION<br>PO BOX 776<br>MAULDIN, SC 29662-0776 | Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | Stern and Assoc.<br>3914 US Hwy 301 N Suite 700<br>Tampa, FL 33619-1293 |
| Superior Financial<br>2206 Village Drive<br>Moody, AL 35004-3241 | Surrey Sales and Marketing<br>430 C State Hwy 165 S<br>Branson, MO 65616-3541 | United Consumer<br>P. O Box 856 290<br>Louisville , KY 40285-6290 |
| Utilities Board of Trussville<br>127 Main Street<br>Trussville, Alabama 35173-1434 | Wells Fargo<br>100 Office Park Drive<br>Birmingham, AL 35223-2402 | Eryne Leigh Gallant<br>3133 Old Margaret Road<br>Odenville, AL 35120-5815 |
| Joshua Aaron Gallant<br>3133 Old Margaret Road<br>Odenville, AL 35120-5815 | Linda Baker Gore<br>NON-PAYMENTS: P.O. Box 1338<br>Gadsden, AL 35902 | Oscar W Adams III<br>Adams Law, PC<br>413 16th Street North<br>Birmingham, AL 35203-1928 |

End of Label Matrix  
Mailable recipients   29  
Bypassed recipients    0  
Total               29